1  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
4  Facsimile:  (213) 452-2329

5  Attorneys for X CORP., as successor in interest
   to named defendant Twitter, Inc.
6
   SHANNON LISS-RIORDAN (SBN 310719)
7  sliss@llrlaw.com
   JANE FARRELL (SBN 333779)
8  jfarrell@llrlaw.com
   LICHTEN & LISS-RIORDAN, P.C.
9  729 Boylston Street, Suite 2000
   Boston, MA 02116
10 Telephone:  (617) 994-5800

11 Attorneys for Plaintiffs WHITE COAT
   CAPTIONING, LLC; YES CONSULTING,
12 LLC; CANCOMM LLC; AND DIALOGUE
   MÈXICO S.A., on behalf of themselves and all
13 others similarly situated

14

15                 UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17

18 WHITE COAT CAPTIONING, LLC;          No. 3:23-cv-01594
   YES CONSULTING, LLC; CANCOMM
19 LLC; AND DIALOGUE MÈXICO S.A.,       **JOINT STIPULATION FURTHER**
   on behalf of themselves and all others  **EXTENDING DEADLINE TO RESPOND**
20 similarly situated,                  **TO COMPLAINT PURSUANT TO CIVIL**
                                        **LOCAL RULE 6-1(a)**
21              Plaintiff,

22       v.

23 TWITTER, INC.,

24              Defendant.

25

26

27

28

Pursuant to Civil L.R. 6-1(a), plaintiffs White Coat Captioning, LLC, YES Consulting, LLC, Cancomm LLC, and Dialogue Mèxico S.A ("Plaintiffs"), and X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter"), by and through their respective attorneys of record, hereby stipulate to further extend Twitter's deadline to respond to the complaint, by 21 days from May 26, 2023, to June 16, 2023.

WHEREAS, on April 4, 2023, Plaintiffs filed their Complaint in this Court.

WHEREAS, on April 14, 2023, Plaintiffs served the Complaint and the summons on Twitter.

WHEREAS, on May 1, 2023, the Parties stipulated for the first time under Civil L.R. 6-1(a) to extend the deadline for Twitter to respond to the Complaint by 21 days, from May 5, 2023, to May 26, 2023.

WHEREAS, the Parties are exploring potential resolution of Plaintiffs' claims, and require additional time to engage in those discussions.  The Parties thus stipulate under Civil L.R. 6-1(a) to further extend Twitter's deadline to respond to the Complaint by 21 days, from May 26, 2023 to June 16, 2023, to facilitate those discussions.

WHEREAS, the extension of time to respond to the Complaint will not alter the date of any event or deadline already fixed by Court order.

WHEREAS, the extension of time to respond to the Complaint is not sought for the purpose of unnecessary delay.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that Twitter's deadline to file its response shall be extended 21 days to June 16, 2023.

Dated:  May 22, 2023                    WHITE & CASE LLP


                                        By:  */s/ J. Jonathan Hawk*
                                             J. Jonathan Hawk

                                        Attorneys for X CORP., as successor in interest to named defendant Twitter, Inc.

-1-

AMERICAS 90772070

Dated:  May 22, 2023

LICHTEN & LISS-RIORDAN, P.C.


By:  */s/ Shannon Liss-Riordan*
    Shannon Liss-Riordan

Attorneys for Plaintiffs
WHITE COAT CAPTIONING, LLC; YES
CONSULTING, LLC; CANCOMM LLC; AND
DIALOGUE MÈXICO S.A., on behalf of themselves and
all others similarly situated

-2-

1

## <u>DECLARATION OF J. JONATHAN HAWK</u>

2

I, J. Jonathan Hawk, declare:

3

1.      I am a partner of the law firm White & Case LLP, attorneys of record in this action

4

for X Corp., as successor in interest to named defendant Twitter, Inc. ("Twitter").  I have personal

5

knowledge of the facts set forth herein and could testify competently thereto if called upon to do

6

so.

7

2.      Shannon Liss-Riordan, Plaintiffs' attorney of record, concurred in the filing of the

8

attached joint stipulation, which concurrence shall serve in lieu of her signature on that filed

9

document.  I have obtained and will maintain records to support this concurrence for subsequent

10

production to the Court if so ordered or for inspection upon request by a party until one year after

11

resolution of the action, including appeal, if any.

12

13

Dated:  May 22, 2023                          WHITE & CASE LLP

14

15

By: *<u>/s/ J. Jonathan Hawk</u>*
            J. Jonathan Hawk

16

Attorneys for X CORP., as successor in interest to
named defendant Twitter, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

-3-