J. Jonathan Hawk (SBN 254350)
WHITE & CASE LLP
555 South Flower St. Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7741
jhawk@whitecase.com

Attorneys for X Corp., as successor in interest to named defendant Twitter, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC; YES CONSULTING, LLC; CANCOMM LLC (DBA DIALOGUE INC.); AND DIALOGUE MÉXICO S.A. DE C.V., on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:23-cv-1594<br><br>**[PROPOSED] ORDER GRANTING X CORP.'S MOTION TO DISMISS CANCOMM LLC'S AND DIALOGUE MÉXICO S.A. de C.V.'S CLAIMS FOR FORUM NON CONVENIENS**<br><br>Ctrm:   C – 15th Floor<br>Judge:  Honorable Sallie Kim |

Before the Court is X Corp.'s Motion to Dismiss Cancomm LLC's and Dialogue México S.A. de C.V.'s Claims for Forum Non Conveniens ("Motion to Dismiss").  Based on the papers filed in support of and in opposition to the Motion to Dismiss, including the Declaration of Martin O'Neill in Support of the Motion to Dismiss, oral arguments of counsel, and all other pleadings and papers on file herein, the Motion to Dismiss is GRANTED.

Accordingly, it is HEREBY ORDERED that Cancomm LLC's and Dialogue México S.A. de C.V.'s claims are dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Sallie Kim
United States Magistrate Judge