SHANNON LISS-RIORDAN (SBN 310719)
(sliss@llrlaw.com)
JANE FARRELL (SBN 333779)
(jfarrell@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:      (617) 994-5801

*Attorneys for Plaintiffs White Coat Captioning, LLC, YES Consulting, LLC, Cancomm LLC, Dialogue Mèxico S.A. de C.V., Autumn Communications, Inc., and Business Training Works, Inc. on behalf of themselves and all others similarly situated*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC, YES CONSULTING, LLC, CANCOMM LLC (DBA DIALOGUE INC.), DIALOGUE MÉXICO S.A. DE C.V., AUTUMN COMMUNICATIONS, INC., AND BUSINESS TRAINING WORKS, INC. on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:23-cv-01594-SK<br><br>**NOTICE OF FILING OF FIRST AMENDED COMPLAINT MOOTING DEFENDANT'S MOTION TO DISMISS (ECF NO. 15) AND MOTION TO STRIKE (ECF NO. 16)** |

Plaintiffs White Coat Captioning, LLC, YES Consulting, LLC, Cancomm LLC (dba Dialogue Inc.), Dialogue Mèxico S.A. de C.V., Autumn Communications, Inc., and Business Training Works, Inc., individually and on behalf of all others similarly situated, have filed their First Amended Complaint pursuant to Federal Rules of Civil Procedure Rule 15(a)(1)(B) ("A party may amend its pleading once as a matter of course within: . . . (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.").

Accordingly, this filing moots Defendant's Motion to Dismiss (ECF No. 15) and Motion to Strike (ECF No. 16). *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (holding that amended complaint supersedes original complaint, thus mooting motion to dismiss original complaint).

Respectfully submitted,

WHITE COAT CAPTIONING, LLC, YES CONSULTING, LLC, CANCOMM LLC, DIALOGUE MÉXICO S.A. DE C.V., AUTUMN COMMUNICATIONS, INC., AND BUSINESS TRAINING WORKS, INC. on behalf of themselves and all others similarly situated,

By their attorneys,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, SBN 310719
Jane Farrell, SBN 333779
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
sliss@llrlaw.com
jfarrell@llrlaw.com

Dated: June 30, 2023

## **CERTIFICATE OF SERVICE**

I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on counsel for Defendant Twitter, Inc. via the CM/ECF system on June 30, 2023.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan

3
NOTICE OF FILING OF FIRST AMENDED COMPLAINT MOOTING DEFENDANT'S MOTION TO DISMISS (ECF NO. 15) AND MOTION TO STRIKE (ECF NO. 16)