UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.,<br><br>Defendant. | Case No. 23-cv-01594-SK<br><br>**ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Regarding Docket No. 19 |

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that the case management conference, currently scheduled to take place on July 17, 2023, at 1:30 pm, and hearing on Twitter's forthcoming Motion to Dismiss for *Forum Non Conveniens* and Motion to Strike Class Allegations regarding Plaintiffs' First Amended Class Action Complaint (Dkt. 17) are scheduled to take place on September 11, 2023, at 9:30 am. The Parties' joint case management statement shall be due by September 5, 2023.

**IT IS SO ORDERED**.

Dated: July 10, 2023

SALLIE KIM
United States Magistrate Judge