1  J. JONATHAN HAWK (SBN 254350)
   jhawk@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
4  Facsimile:  (213) 452-2329

5  Attorneys for X Corp., as successor in
   interest to named defendant Twitter, Inc.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC; YES CONSULTING, LLC; CANCOMM LLC (DBA DIALOGUE INC.); DIALOGUE MÉXICO S.A. DE C.V.; AUTUMN COMMUNICATIONS, INC.; AND BUSINESS TRAINING WORKS, INC., on behalf of themselves and all others similarly situated;<br><br>                Plaintiffs,<br><br>   v.<br><br>TWITTER, INC.<br><br>                Defendant. | No. 3:23-cv-01594-SK<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to x Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for X Corp., as successor in interest to named Defendant Twitter, Inc., hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists.  X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp.  No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Pursuant to Northern District of California Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: X Holdings Corp.

The undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated:  September 5, 2023

WHITE & CASE LLP

By: */s/ J. Jonathan Hawk*
      J. Jonathan Hawk

Attorneys for X CORP., as successor in interest to named Defendant Twitter, Inc.