J. JONATHAN HAWK (SBN 254350)
jhawk@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for X CORP., as successor in interest to named defendant Twitter, Inc.

SHANNON LISS-RIORDAN (SBN 310719)
sliss@llrlaw.com
JANE FARRELL (SBN 333779)
jfarrell@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800

Attorneys for Plaintiffs WHITE COAT CAPTIONING, LLC; YES CONSULTING, LLC; DIALOGUE MÈXICO S.A., AUTUMN COMMUNICATIONS, INC., and BUSINESS TRAINING WORKS, INC., on behalf of themselves and all others similarly situated

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC; YES CONSULTING, LLC; DIALOGUE MÉXICO S.A. DE C.V.; AUTUMN COMMUNICATIONS, INC.; and BUSINESS TRAINING WORKS, INC., on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>TWITTER, INC.<br><br>Defendant. | Case No. 3:23-cv-01594-SK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR SCHEDULE ON PLAINTIFFS' ANTICIPATED FURTHER AMENDED COMPLAINT AND X CORP.'S RESPONSIVE PLEADINGS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2) AND CIVIL LOCAL RULE 6-1(a)** |

1    Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 6-1(a), plaintiffs
2    White Coat Captioning, LLC, YES Consulting, LLC, Dialogue Mexico S.A de C.V., Autumn
3    Communications, Inc., and Business Training Works, Inc. (collectively, "Plaintiffs"), and X Corp.,
4    as successor in interest to named defendant Twitter, Inc. ("X Corp."), by and through their respective
5    attorneys of record, hereby stipulate, subject to the Court's approval, that: Plaintiffs will file a further
6    amended complaint by and including October 31, 2023; and, X Corp.'s deadline to file responsive
7    pleadings to that anticipated amended complaint, including a renewed motion to dismiss plaintiff
8    Dialogue Mexico S.A de C.V., will be on and including November 21, 2023.

9    WHEREAS, on June 30, 2023, Plaintiffs filed their current Amended Complaint (ECF No.
10   17).

11   WHEREAS, on July 14, 2023, X Corp. timely filed its Motion to Dismiss Cancomm LLC's
12   and Dialogue Mexico S.A. de C.V.'s claims under the doctrine of *forum non conveniens*, as modified
13   by *Atl. Marine Constr. Co. v. U.S. Dist. Ct.*, 571 U.S. 49 (2013) (ECF No. 22).  X Corp.'s motion
14   argued that Cancomm LLC and Dialogue Mexico S.A. de C.V. agreed to a choice of forum clause,
15   requiring them to litigate their disputes with X Corp. exclusively in the courts of London, England,
16   and under the laws of England and Wales.

17   WHEREAS, on October 10, 2023, the Court granted in part and denied in part X Corp.'s
18   motion (ECF No. 34).  The Court's Order granted X Corp.'s motion to dismiss Cancomm LLC for
19   the reasons argued by X Corp.  The Court's Order, however, denied without prejudice X Corp.'s
20   request to dismiss Dialogue Mexico S.A. de C.V.'s claims.  The Court reasoned that X Corp. had
21   not shown that there is a forum selection clause that is binding on Dialogue Mexico S.A. de C.V.,
22   but expressly granted X Corp. leave to renew its motion to dismiss as against that entity (ECF No.
23   34 at 6-7, 10).

24   WHEREAS, Plaintiffs seek to further amend the Amended Complaint to remove allegations
25   concerning Cancomm LLC, and to include additional named plaintiffs.

26   WHEREAS, X Corp. is unaware of the identities of any additional named plaintiffs, takes no
27   position on whether they are proper named plaintiffs in this proceeding, and expressly reserves all
28   rights.  X Corp. nonetheless agrees to Plaintiffs' request to further amend the Amended Complaint,

1  pursuant to Federal Rule of Civil Procedure 15(a)(2).

2      WHEREAS, the Parties wish to agree upon a schedule in efforts to ensure efficiency and
3  conservation of party and Court resources in connection with Plaintiffs' anticipated further amended
4  complaint and X Corp.'s responsive pleadings. The Parties have thus agreed, subject to the Court's
5  approval, that Plaintiffs will file a further amended complaint by and including October 31, 2023,
6  and X Corp.'s deadline to respond to that further amended complaint, including (but not limited to)
7  via a renewed motion to dismiss Dialogue Mexico S.A. de C.V.'s claims, shall be by and including
8  November 21, 2023.

9      WHEREAS, this proposed schedule will not alter the date of any event or deadline already
10 fixed by Court order, and is not sought for the purpose of unnecessary delay.

11     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that Plaintiffs
12 will file a further amended complaint by and including October 31, 2023, and X Corp.'s deadline to
13 file responsive pleadings to such complaint shall be by and including November 21, 2023.

15 Dated:   October 17, 2023          WHITE & CASE LLP

17                          By:   */s/ J. Jonathan Hawk*

18                          Attorneys for X CORP., successor in interest to named defendant Twitter, Inc.

20 Dated:   October 17, 2023          LICHTEN & LISS-RIORDAN, P.C

22                          By:   */s/ Shannon Liss-Riordan*

23                          Attorneys for Plaintiffs
                            WHITE COAT CAPTIONING, LLC; YES
                            CONSULTING, LLC; DIALOGUE MÉXICO S.A.
                            DE C.V.; AUTUMN COMMUNICATIONS, INC.;
                            and BUSINESS TRAINING WORKS, INC., on
                            behalf of themselves and all others similarly situated

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby orders that Plaintiffs shall file a further amended complaint by and including October 31, 2023, and X Corp.'s deadline to file responsive pleadings to such complaint shall be by and including November 21, 2023.

Dated: _____                        _____
                                                 Hon. Sallie Kim
                                                 United States Magistrate Judge

JOINT STIPULATION AND [PROPOSED] ORDER; 3:23-CV-01594-SK

**DECLARATION OF J. JONATHAN HAWK**

I, J. Jonathan Hawk, declare:

1. I am a partner of the law firm White & Case LLP, attorneys of record in this action for X Corp., as successor in interest to named defendant Twitter, Inc. ("X Corp."). I have personal knowledge of the facts set forth herein and could testify competently thereto if called upon to do so.

2. Shannon Liss-Riordan, Plaintiffs' attorney of record, concurred in the filing of the attached joint stipulation, which concurrence shall serve in lieu of her signature on that filed document. I have obtained and will maintain records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request by a party until one year after resolution of the action, including appeal, if any.

Dated:   October 17, 2023                WHITE & CASE LLP

                                         By:


                                         */s/ J. Jonathan Hawk*


                                         Attorneys for X CORP., successor in interest to named defendant Twitter, Inc.