J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:   1 310 277 4110
Facsimile:    1 310 277 4730

Attorneys for X CORP.

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC, YES CONSULTING, LLC, AUTUMN COMMUNICATIONS, INC., BUSINESS TRAINING WORKS, INC., MEASURING USABILITY LLC, AND FOSTER & FORGE LTD. on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>X CORP. (FORMERLY KNOWN AS TWITTER, INC.)<br><br>　　　　　Defendant. | CASE NO.  3:23-cv-01594-SK<br><br>**NOTICE OF CHANGE IN COUNSEL AND [PROPOSED] ORDER APPROVING CHANGE IN COUNSEL** |

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF

2  RECORD:

3  PLEASE TAKE NOTICE THAT, effective November 1, 2023, undersigned counsel for X

4  Corp., J. Jonathan Hawk, is no longer an attorney with the law firm of WHITE & CASE LLP, and

5  is an attorney with the law firm of MCDERMOTT WILL & EMERY LLP. Mr. Hawk was X

6  Corp.'s sole remaining counsel at WHITE & CASE in this matter. X Corp. thus designates the law

7  firm of MCDERMOTT WILL & EMERY as its counsel of record in lieu and in place of the law

8  firm of WHITE & CASE LLP. Under Local Rule 11-5 and Northern District of California General

9  Order No. 45 IV.C, X Corp. respectfully requests that the Court approve this change in counsel.

10  Former Counsel:

11  
    WHITE & CASE LLP
12      J. Jonathan Hawk (SBN 254350)
    jhawk@whitecase.com
13      555 S. Flower Street, Suite 2700
    Los Angeles, CA 90071
14  
New Counsel:

15      MCDERMOTT WILL & EMERY LLP
    J. Jonathan Hawk (SBN 254350)
16      jhawk@mwe.com
17      2049 Century Park East, Suite 3200
    Los Angeles, CA 90067

18  
    Counsel for X Corp.
19  
THE UNDERSIGNED STIPULATE AND CONSENT TO THE ABOVE CHANGE IN

20  COUNSEL:

21  Dated: November 14, 2023        Respectfully submitted,

22  
                                  X CORP.
23  
24                                  By: _____
25                                        Ben Elron, Senior Counsel

26  
27  
28

MCDERMOTT WILL & EMERY LLP

By: /s/ J. Jonathan Hawk
      J. Jonathan Hawk

PURSUANT TO THE FOREGOING, IT IS SO ORDERED.

Dated: _____    _____

The Honorable Sallie Kim
United States Magistrate Judge