J. Jonathan Hawk (SBN 254350)
jhawk@mwe.com
**McDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:    1 310 277 4110
Facsimile:    1 310 277 4730

Attorneys for X CORP.

[ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC, YES CONSULTING, LLC, AUTUMN COMMUNICATIONS, INC., BUSINESS TRAINING WORKS, INC., MEASURING USABILITY LLC, AND FOSTER & FORGE LTD. on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>X CORP. (FORMERLY KNOWN AS TWITTER, INC.)<br><br>                    Defendant. | CASE NO.  3:23-cv-01594-SK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR X CORP. TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT** |

Pursuant to Civil Local Rule 7-12, Plaintiffs White Coat Captioning, LLC, YES Consulting, LLC, Autumn Communications, Inc., Business Training Works, Inc., Measuring Usability LLC, and Foster & Forge Ltd. (collectively, "Plaintiffs"), on the one hand, and defendant X Corp., on the other, by and through their respective attorneys of record, hereby stipulate, subject to the Court's approval, that: X Corp.'s deadline to extend to Plaintiffs' Second Amended Class Action Complaint ("SAC") shall be extended by ten (10) days, from November 21, 2023 to and including December 1, 2023.

WHEREAS, on October 10, 2023, the Court granted in part and denied in part X Corp.'s Motion to Dismiss Cancomm LLC's and Dialogue Mexico S.A. de C.V.'s claims under the doctrine of *forum non conveniens*, as modified by *Atl. Marine Constr. Co. v. U.S. Dist. Ct.*, 571 U.S. 49 (2013) (ECF 22).

WHEREAS, following the Court's order, Plaintiffs' counsel indicated their intent to X Corp. to amend their then-operative complaint to remove allegations concerning at least Cancomm LLC, and to include additional plaintiffs.

WHEREAS, on October 17, 2023, in efforts to ensure efficiency and conserve party and Court resources, the Parties stipulated, subject to the Court's approval, to Plaintiffs filing a further amended complaint by and including October 31, 2023, and X Corp. having a deadline to respond to that further amended complaint, including via a renewed motion to dismiss Dialogue Mexico S.A. de C.V., by and including November 21, 2023 ECF 35).

WHEREAS, on October 18, 2023, the Court granted the stipulation (ECF 36).

WHEREAS, on October 31, 2023, Plaintiffs filed the SAC (ECF 37).  The SAC adds two new named plaintiffs (Measuring Usability LLC and Foster & Forge Ltd.) and three new claims (for quantum meruit, account stated, and open book account).  The SAC does not include Dialogue Mexico S.A. de C.V. as a named plaintiff.

WHEREAS, effective November 1, 2023, undersigned counsel for X Corp., Jonathan Hawk, is no longer an attorney with the law firm of White & Case LLP, and is an attorney with the law firm of McDermott Will & Emery LLP.  Mr. Hawk was X Corp.'s sole remaining counsel at White & Case in this matter, and a notice and proposed order for substitution of counsel has been

filed with the Court.

WHEREAS, X Corp. recently finalized its engagement of McDermott Will & Emery in this matter, and the files regarding this matter are in the process of being transferred from White & Case.

WHEREAS, under these circumstances, X Corp. requires additional time to finalize its assessment of the SAC and prepare a response.  X Corp. has asked, and Plaintiffs have agreed, subject to this Court's approval, to extend X Corp.'s deadline to respond to the SAC by ten (10) days, from November 21, 2023 to and including December 1, 2023.

WHEREAS, this extension is not sought for the purpose of unnecessary delay.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that X Corp.'s deadline to file responsive pleadings to the SAC shall be extended by ten (10) days, from November 21, 2023 to and including December 1, 2023.


Dated: November 16, 2023                    McDERMOTT WILL & EMERY LLP


                                            By:   /s/ J. Jonathan Hawk
                                                 Jonathan Hawk
                                                 Attorneys for X CORP.


                                            LICHTEN & LISS-RIORDAN, P.C.


                                            By:  /s/ Shannon Liss-Riordan
                                                 Shannon Liss-Riordan
                                                 Jane Farrell
                                                 Attorneys for PLAINTIFFS

1

**[PROPOSED] ORDER**

2          Pursuant to the Parties' Stipulation and for GOOD CAUSE appearing, the Court hereby

3    orders that X Corp.'s deadline to file responsive pleadings to the SAC shall be by and including

4    December 1, 2023.

5

6    Dated: _____          _____

7                                              The Honorable Sallie Kim
                                               United States Magistrate Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF JONATHAN HAWK

I, J. Jonathan Hawk, declare:

1.      I am a partner of the law firm McDermott Will & Emery LLP, attorneys of record in this action for X Corp.  I have personal knowledge of the facts set forth herein and could testify competently thereto if called upon to do so.

2.      Shannon Liss-Riordan, Plaintiffs' attorney of record, concurred in the filing of the attached joint stipulation, which concurrence shall serve in lieu of her signature on that filed document. I have obtained and will maintain records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request by a party until one year after resolution of the action, including appeal, if any.

/s/ J. Jonathan Hawk
J. Jonathan Hawk