UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> X CORP., <br><br> Defendant. | Case No. 23-cv-01594-SK <br><br> **ORDER APPROVING CHANGE IN COUNSEL** <br><br> Regarding Docket Nos. 38 |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, effective November 1, 2023, undersigned counsel for X Corp., J. Jonathan Hawk, is no longer an attorney with the law firm of WHITE & CASE LLP, and is an attorney with the law firm of MCDERMOTT WILL & EMERY LLP.  Mr. Hawk was X Corp.'s sole remaining counsel at WHITE & CASE in this matter.  X Corp. thus designates the law firm of MCDERMOTT WILL & EMERY as its counsel of record in lieu and in place of the law firm of WHITE & CASE LLP.  Under Local Rule 11-5 and Northern District of California General Order No. 45 IV.C, X Corp. respectfully requests that the Court approve this change in counsel.

Former Counsel:

> WHITE & CASE LLP
> J. Jonathan Hawk (SBN 254350)
> jhawk@whitecase.com
> 555 S. Flower Street, Suite 2700
> Los Angeles, CA 90071

New Counsel:
> MCDERMOTT WILL & EMERY LLP
> J. Jonathan Hawk (SBN 254350)
> jhawk@mwe.com

2049 Century Park East, Suite 3200
Los Angeles, CA 90067

Counsel for X Corp.

THE UNDERSIGNED STIPULATE AND CONSENT TO THE ABOVE CHANGE IN COUNSEL:

Dated: November 14, 2023          Respectfully submitted,

                                        X CORP.

                                        By: _____
                                             Ben Elron, Senior Counsel

                                        MCDERMOTT WILL & EMERY LLP

                                        By: /s/ J. Jonathan Hawk
                                             J. Jonathan Hawk

**ORDER**

PURSUANT TO THE FOREGOING, the Court hereby approves the change in counsel.

**IT IS SO ORDERED**.

Dated: December 4, 2023

                                        _____
                                        SALLIE KIM
                                        United States Magistrate Judge