UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> X CORP., INC., <br><br> Defendant. | Case No.  23-cv-01594-SK <br><br> **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |

Following the Court's rulings on the motion to strike and motion to dismiss (Dkt. Nos. 33, 34), the Court granted the parties' stipulation on a schedule for the filing of Plaintiffs' amended complaint and Defendant's answer.  (Dkt. No. 40.)  Following the parties' filings (Dkt. Nos. 37, 41), the Court sets the initial case management conference in this matter for August 26, 2024, at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: July 31, 2024

_Sallie Kim_
SALLIE KIM
United States Magistrate Judge