| | |
|---|---|
| Shannon Liss-Riordan (SBN 310719)<br>(sliss@llrlaw.com)<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>Telephone:     (617) 994-5800<br>Facsimile:      (617) 994-5801<br><br>*Attorneys for Plaintiffs White Coat Captioning, LLC, YES Consulting, LLC, Autumn Communications, Inc., Business Training Works, Inc., Measuring Usability LLC, and Foster & Forge Ltd. on behalf of themselves and all others similarly situated* | J. JON HAWK (SBN 254350)<br>(jhawk@mwe.com)<br>McDERMOTT WILL & EMERY LLP<br>2049 Century Park East, Suite 3200<br>Los Angeles, CA 90067<br>Telephone:     (310) 277 4110<br>Facsimile:     (310) 277 4730<br><br>*Attorneys for Defendant X CORP. f/k/a TWITTER, INC.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC, YES CONSULTING, LLC, AUTUMN COMMUNICATIONS, INC., BUSINESS TRAINING WORKS, INC., MEASURING USABILITY LLC, AND FOSTER & FORGE LTD. on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>X CORP. (FORMERLY KNOWN AS TWITTER, INC.)<br><br>　　　　　　　　Defendant. | Case No. 3:23-cv-01594-SK<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-2, Plaintiffs and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. (hereinafter "Defendant") (Plaintiffs and Defendant shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 31, 2024, the Court scheduled a Case Management Conference for August 26, 2024 at 1:30 p.m. (*see* ECF No. 44);

WHEREAS, Plaintiffs' counsel Shannon Liss-Riordan has a medical procedure scheduled that conflicts with that time; and

WHEREAS, the Parties have met and conferred and agree that the Parties would be available for the Case Management Conference on September 23, 2024;

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

The Case Management Conference currently set for August 26, 2024, is vacated and shall be re-set for September 23, 2024.

The Parties' joint Case Management Conference statement shall be due one week in advance of the continued Case Management Conference.

IT IS SO STIPULATED.

Respectfully submitted,

WHITE COAT CAPTIONING, LLC, YES CONSULTING, LLC, AUTUMN COMMUNICATIONS, INC., BUSINESS TRAINING WORKS, INC., MEASURING USABILITY LLC, AND FOSTER AND FORGE LTD. on behalf of themselves and all others similarly situated,

By their attorneys,

/s/ *Shannon Liss-Riordan*
Shannon Liss-Riordan

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:23-cv-01594-SK

|  |  |
|---|---|
| 1 | Respectfully submitted, |
| 2 | X CORP. as successor in interest to TWITTER, INC. |
| 3 |  |
| 4 | By their attorneys, |
| 5 | */s/ J. JON HAWK* <br> J. Jon Hawk |
| 6 | Dated:      August 19, 2024 |

**[PROPOSED] ORDER**

The Case Management Conference currently set for August 26, 2024 is vacated and shall be re-set for September 23, 2024.

The Parties' joint Case Management Conference statement shall be due one week in advance of the case management conference date.

Dated: _____      _____
                                                                    Honorable Jon S. Tigar
                                                                    District Court Judge