1 | Shannon Liss-Riordan (SBN 310719)
2 | sliss@llrlaw.com
  | **LICHTEN & LISS-RIORDAN, P.C.**
3 | 729 Boylston Street, Suite 2000
  | Boston, MA 02116
4 | Telephone: (617) 994-5800
  | Facsimile:  (617) 994-5801
5 |
6 | Attorneys for Plaintiffs White Coat Captioning, LLC, YES Consulting, LLC, Autumn Communications, Inc., Business Training Works,
7 | Inc., Measuring Usability LLC, and Foster & Forge Ltd. on behalf of themselves and all others
8 | similarly situated
9 | J. Jonathan Hawk (SBN 254350)
  | jhawk@mwe.com
10 | Erica Lang (SBN 340330)
   | elang@mwe.com
11 | **MCDERMOTT WILL & EMERY**
   | 2049 Century Park East, Suite 3200
12 | Los Angeles, CA 90067
   | Telephone: (310) 788-4181
13 | Facsimile:  (310) 277 4730
14 | Attorneys for Defendant X Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC, YES CONSULTING, LLC, AUTUMN COMMUNICATIONS, INC., BUSINESS TRAINING WORKS, INC., MEASURING USABILITY LLC, AND FOSTER & FORGE LTD. on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>X CORP. (FORMERLY KNOWN AS TWITTER, INC.)<br><br>                    Defendant. | Case No. 3:23-cv-1594-SK<br>*Assigned to the Honorable Sallie Kim*<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT** |

Pursuant to the Court's February 24, 2025 Order (ECF No. 55) and Northern District of California, Local Civil Local Rule 16-10(d), Plaintiffs White Coat Captioning, LLC, YES Consulting, LLC, Autumn Communications, Inc., Business Training Works, Inc., Measuring Usability LLC, and Foster & Forge Ltd. (collectively, "Plaintiffs") and X Corp. (together with Plaintiffs, the "Parties") jointly submit this Further Joint Case Management Report as follows:

**STATUS**

**Parties' Compliance with FRCP 16 and FRCP 26**

The Parties filed their Joint Case Management Statement (ECF No. 54) in compliance with Federal Rule of Civil Procedure (FRCP) 16 on February 18, 2025, and their FRCP 26(f) Joint Report (ECF No. 47) on September 17, 2024.

**Status of Discovery**

The Parties are diligently pursuing fact discovery. Plaintiffs have taken one deposition, and both sides anticipate taking additional depositions. Plaintiffs expect to be filing a discovery motion, after conferral, as they previously indicated in a prior joint statement (Dkt. 54). X Corp. has not received any indication as to what Plaintiffs' contemplated discovery dispute is about, as this was not raised in any form with X Corp. until Plaintiffs proposed the sentence alluding to such a dispute. X Corp. asked for more information about this upon seeing Plaintiffs' proposed edits, and was told that Plaintiffs would provide more detail later. X Corp. looks forward to learning more about this from Plaintiffs at the hearing.

The Parties are in the process of scheduling additional depositions, including corporate representative depositions of each Plaintiff.

**Scheduling Matters**

The Parties submitted a joint stipulation to extend the deadlines in this case. (ECF No. 56.) On June 9, 2025, the Court entered an order deferring its ruling on the Parties' proposed schedule until the June 23, 2025 case management conference. (ECF No. 57.)

**Plaintiffs' Position:**

Plaintiffs do not expect that there will be expert witnesses in this case and thus propose that the current schedule can stay in place, with the only change being that the expert discovery deadline

1  could become the fact discovery deadline, and the other deadlines could stay in place. Plaintiffs
2  make this proposal, given the Court's apparent concern about moving all deadlines, as the parties had
3  previously stipulated. Plaintiffs' counsel are in the process of working with their clients to determine
4  dates they are available for depositions and intend to provide such dates shortly to Defendant.
5  Plaintiffs note that they also intend to file a motion for class certification.

6  **X Corp.'s Position:**

7  Despite the parties' previous agreement to move the case schedule, in part because Plaintiffs
8  did not provide X Corp. with dates for their 30(b)(6) depositions that were noticed on May 7, 2025,
9  Plaintiffs now propose only moving fact discovery. X Corp. was not aware of this proposal until June
10 12, 2025 when Plaintiffs provided X Corp. with their edits to this Further Joint Case Management
11 Statement. X Corp. is thus surprised by this sudden change of course and opposes Plaintiffs' proposal.
12 For reasons set forth in the Parties Joint Stipulation (ECF 56), X Corp. believes that the entire case
13 schedule should be adjusted—just as the Parties jointly agreed to do no less than two weeks ago. X
14 Corp. looks forward to discussing this at the hearing.

**Alternative Dispute Resolution**

The Parties continue to have informal settlement negotiations and continue to believe it will be productive and efficient to continue to work directly with each other in efforts to resolve, before reverting to more formal ADR mechanisms.

//
//
//
//
//
//
//
//
//
//

Respectfully submitted,

Dated: June 16, 2025　　　　　　　**LICHTEN & LISS-RIORDAN, P.C.**

By: */s/ Shannon Liss-Riordan*
　　Shannon Liss-Riordan (SBN 310719)
　　LICHTEN & LISS-RIORDAN, P.C.
　　729 Boylston Street, Suite 2000
　　Boston, MA 02116
　　(617) 994-5800
　　sliss@llrlaw.com

Attorneys for Plaintiffs

Dated: June 16, 2025　　　　　　　**MCDERMOTT WILL & EMERY LLP**

By: */s/ J. Jonathan Hawk*
　　J. Jonathan Hawk (SBN 254350)
　　MCDERMOTT WILL & EMERY
　　2049 Century Park East
　　Suite 3200
　　Los Angeles, CA 90067
　　310-788-4181
　　Email: jhawk@mwe.com

Attorneys for Defendant

**FILER'S ATTESTATION OF CONCURRENCE**

I, J. Jonathan Hawk, pursuant to Local Rule 5-1(i)(3), attest that I am counsel for Defendant X Corp. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated: June 16, 2025                               **MCDERMOTT WILL & EMERY LLP**

By:  */s/ J. Jonathan Hawk*
     J. Jonathan Hawk
     Attorneys for Defendant X Corp.