J. Jonathan Hawk (SBN 254350)
McDermott Will & Schulte LLP
2049 Century Park East
Suite 3200
Los Angeles, CA 90067
310-788-4181
jhawk@mwe.com

Attorneys for X Corp., as successor in interest to named defendant Twitter, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WHITE COAT CAPTIONING, LLC, YES CONSULTING, LLC, AUTUMN COMMUNICATIONS, INC., BUSINESS TRAINING WORKS, INC., MEASURING USABILITY LLC, AND FOSTER & FORGE LTD. on behalf of themselves and all others similarly situated,<br><br>                         Plaintiffs,<br><br>        v.<br><br>X CORP. (FORMERLY KNOWN AS TWITTER, INC.)<br><br>                         Defendant. | Case No. 3:23-cv-1594-SK<br><br>**NOTICE OF NAME CHANGE** |

PLEASE TAKE NOTICE that effective August 1, 2025, McDermott Will & Emery LLP changed its name to the following:

**McDermott Will & Schulte LLP**

PLEASE TAKE FURTHER NOTICE that all other contact information for the undersigned and other McDermott Will & Schulte LLP attorneys remains unchanged.

Dated:   August 4, 2025

MCDERMOTT WILL & SCHULTE LLP

By:   */s/ J. Jonathan Hawk*

J. Jonathan Hawk (SBN 254350)
MCDERMOTT WILL & SCHULTE LLP
2049 Century Park East
Suite 3200
Los Angeles, CA 90067
310-788-4181
Email: jhawk@mwe.com

Attorneys for Defendant